FILED
CLERK, U.S. DISTRICT COURT

Jun 23, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VERMONT CONVALESCENT, LLC, a California Limited Liability Company; VERMONT HEALTHCARE CENTER, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:15-CV-00334-SVW-E<br><br>**ORDER**<br><br>JS-6 |

**ORDER**

　　This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _June 23, 2015_　　　　　_/s/ Stephen V. Wilson_

　　　　　　　　　　　HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

---

1

Joint Stipulation for Dismissal　　　　　Case: 2:15-CV-00334-SVW-E